

> Application granted.
>
> The time for the parties to file their joint *Cheeks* statement and settlement agreement shall be extended to January 19, 2024.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             January 12, 2024

**VIA ECF**
Hon Philip Halpern
Southern District of New York

Re:   Valle v. Frank J Zitz and Company Inc. et al, nysd-7:2023-cv-04500

_____

Honorable Judge Halpern:

　　　Our office represents Plaintiff Valle in the above-referenced matter. The parties write joinly to request an addition week to submit settlement agreement documents for the Court's review. The reason for our request is that the parties have had issues meeting their respective clients to discuss the agreement .

We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**STILLMAN LEGAL, P.C.**

　　　　　　　　　　　　　　　　　　　　 /s/Lina Stillman
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*