UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

GUILLERMO VALLE,

                                Civil Action No. **7:23-cv-04500-PMH**

*Plaintiff*,

-against-                          **JUDGMENT**

FRANK J ZITZ AND COMPANY INC.
(DBA FRANK J ZITZ TAXIDERMY
RENTALS NYC) and FRANK J. ZITZ,
Individually,

*Defendants.*
------------------------------------------

On January 22, 2024, the Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

That the Plaintiff, GUILLERMO VALLE, has a judgment against FRANK J ZITZ AND COMPANY INC. (DBA FRANK J ZITZ TAXIDERMY RENTALS NYC) and FRANK J. ZITZ, jointly and severally, in the amount of One Thousand Dollars with No Cents ($1,000.00), which is inclusive of attorneys' fees and costs.

Dated: White Plains, New York
        January 23, 2024

                                                    PHILIP M. HALPERN
                                                    UNITED STATES DISTRICT JUDGE